UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:23-cv-60067-RS

HOWARD COHAN,

    Plaintiff,

vs.

GRUPO SANTANDER LLC
a Florida Limited Liability Company
d/b/a TEXACO

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, GRUPO SANTANDER LLC, a Florida Limited Liability Company d/b/a TEXACO, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED March 16, 2023.

By: **/s/ Gregory S. Sconzo**
Gregory S. Sconzo, Esq.
Florida Bar No.: 0105553
Samantha L. Simpson, Esq.
Florida Bar No.: 1010423
Sconzo Law Office, P.A.
3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: samantha@sconzolawoffice.com
Secondary Email: alexa@sconzolawoffice.com
Attorneys for Plaintiff

**By: /s/ Anthony J. Perez**
ANTHONY J. PEREZ
Florida Bar No.: 535451
GARCIA-MENOCAL, & PEREZ, P.L.
Counsel for Defendant
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33134
Telephone (305) 553-3464
Primary e-mail: ajperez@lawgmp.com
Secondary e-mail: bvirues@lawgmp.com; dramos@lawgmp.com

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                         **/s/ Gregory S. Sconzo**
                                                         **Gregory S. Sconzo, Esq.**